IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES D. AIRY,

    Plaintiff,                    No. CIV S-10-1035 GGH P

    vs.

SCHWARZENEGGER, et al.,

    Defendants.             ORDER

_____/

        On May 12, 2010, plaintiff filed his consent to the jurisdiction of the undersigned (Docket #4). By order filed June 4, 2010, the court granted plaintiff twenty-eight days to file an amended complaint. In the June 4th order, the court informed plaintiff of the deficiencies in his complaint. On July 16, 2010, plaintiff was granted a thirty day extension of time to file his amended complaint. The thirty day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

        For the reasons given in the June 4, 2010, order, IT IS HEREBY ORDERED that this action is dismissed with prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

DATED: October 20, 2010                /s/ Gregory G. Hollows

                                        UNITED STATES MAGISTRATE JUDGE

GGH:035
airy1035.fta

1